# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CR-135-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WILLIAM ALEXANDER JR., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Response To Defendant's Sealed Sentencing Memo" (Document No. 29) filed August 11, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the United States Of America's Response In Opposition To Defendant's Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Response To Defendant's Sealed Sentencing Memo" (Document No. 29) is **GRANTED**, and the United States Of America's Response In Opposition To Defendant's Sentencing Memorandum (Document No. 28) is sealed until further Order of this Court.

Signed: August 13, 2020

David C. Keesler
United States Magistrate Judge